**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of March, two thousand twenty-four,

Michelle M. Krul,

    Plaintiff - Appellant,

v.

Louis Dejoy, Postmaster General, United States Postal Service, Lisa Lynch, John Doe(s), Jane Doe(s), Thomas Kelly,

    Defendants - Appellees.

**ORDER**
Docket No. 24-314

Counsel for APPELLANT Michelle M. Krul has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 31, 2024, as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before May 31, 2024. The appeal is dismissed effective May 31, 2024, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/27/2024